**Helfried E. SARTORI, Petitioner–
Appellant,**

v.

**Ronald J. ANGELONE, Director of the
Virginia Department of Corrections,
Respondent–Appellee.**

No. 01–8121.

United States Court of Appeals,
Fourth Circuit.

Submitted April 25, 2002.

Decided May 6, 2002.

Helfried E. Sartori, Appellant Pro Se. Linwood Theodore Wells, Jr., Assistant Attorney General, Richmond, Virginia, for Appellee.

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Helfried Sartori seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, while we grant Sartori's motion to supplement, we deny his motions for appointment of counsel and for a certificate of appealability, and dismiss the appeal on the reasoning of the district court. *See Sartori v. Angelone,* No. CA–01–573 AM (E.D. Va., filed Nov. 13, 2001; entered Nov. 14, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*